IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                         ORDER

            Plaintiff,

                        97-cr-74-bbc

      v.

PATRICK HENDERSON,

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant Patrick Henderson has filed a request with the Bureau of Prisons for a retroactive (concurrent) designation pursuant to 18 U.S.C. § 3621(b). The Bureau of Prisons requests the court's position on Mr. Henderson's request. Therefore, I will ask Federal Defender Services to appoint counsel to represent defendant Henderson for the sole purpose of addressing this issue. The government and defense counsel may have until October 8, 2010, in which to file and serve a response brief. Each side may have five days thereafter to serve and file a reply.

Entered this 23d day of September, 2010.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

1