IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                          Plaintiff,

    v.

PATRICK HENDERSON,

                          Defendant.

ORDER

97-cr-74-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant Patrick Henderson has requested permission for his counsel, Adam Stevenson, Clinical Associate Professor of the Frank J. Remington Center at University of Wisconsin Law School to obtain and review documents filed under seal in this case, including the presentence report.

      The probation office is authorized to release these documents to Mr. Stevenson on the conditions outlined in the order entered on November 13, 2014: the documents are not to be maintained in a public file and efforts are to be made to keep them from being disseminated to anyone who does not have a reason to review them in connection with the petition for clemency.

      Mr. Stevenson should direct his document requests to Tracy Russom, Deputy Chief

1

of the Probation Office at (608) 261-5771.

Entered this 6th day of July, 2015.

>BY THE COURT:
>/s/
>BARBARA B. CRABB
>District Judge

2